UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 17-8936-MWF(RAOx)**                           Dated: **February 14, 2018**

Title:      Anqin Wang -v- California Investment Immigration Fund, LLC, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

   Cheryl Wynn                                    None Present
   Relief Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                   None Present

PROCEEDINGS (IN CHAMBERS):      ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

   In light of the Default By Clerk entered on February 12, 2018, the Court sets a hearing for Order To Show Cause Re Default Judgment, as to Victoria Chan, California Investment Immigration Fund, LLC, Harris Law Group, USA LLC, and Harris Group, LP. only, for **March 19, 2018** at **11:30 a.m.** *If a Motion for Default Judgment is filed prior to this hearing, the hearing will be vacated, and the Order To Show Cause discharged.*

   Any motion for default judgment must comply with the Court's Procedures and Schedules. See http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

   IT IS SO ORDERED.