UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **CV 17-8936-MWF(RAOx)**   Dated: **June 27, 2018**

Title:  Anqin Wang -v- California Investment Immigration Fund, LLC, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None Present   None Present

PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk entered on June 26, 2018, the Court sets a hearing for Order To Show Cause Re Default Judgment **as to defendant Tat Chan only**, for **July 23, 2018 at 11:30 a.m.** *If a Motion for Default Judgment is filed prior to this hearing, the hearing will be vacated, and the Order To Show Cause discharged.*

Any Motion for default judgment must comply with the Court's Procedures and Schedules. *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

IT IS SO ORDERED.

MINUTES FORM 90   Initials of Deputy Clerk  cw
CIVIL - GEN

-1-